# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANINE C. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00977 |
| ) | Judge Trauger |
| FISK UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby **ORDERED** that the defendant shall initiate a telephone conference with the court for the parties to discuss the defendant's Motion for Clarification of or Relief From Scheduling Order (Doc. No. 21).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge