IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANINE C. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:23-cv-00977 |
| | ) Judge Trauger |
| FISK UNIVERSITY, | ) ) |
| Defendant. | ) ) |

**ORDER**

A telephone conference was held with counsel for the parties on April 22, 2025 with regard to the defendant's Motion for Clarification of or Relief from Scheduling Order (Doc. No. 21). The motion is DENIED WITHOUT PREJUDICE. The following are hereby ORDERED:

1. By April 25, 2025, the defendant shall supplement its responses to discovery.

2. If the plaintiff is not satisfied with the supplementation, the parties shall immediately attempt to resolve their differences. If they cannot resolve their differences by May 2, 2025, the parties shall contact Judge Trauger's chambers to schedule another telephone conference.

3. By April 25, 2025, the parties shall file a joint mediation report that informs the court of the date on which they have scheduled a mediation with Mediator Potemka.

4. The court will not reset the dispositive motion deadline, as the defendant has represented that it does not intend to file a dispostive motion.

5. Despite the defendant's lack of attention to responding to discovery, if the parties do not settle this case in mediation, the defendant will be allowed to depose the plaintiff.

6. If the case does not settle in mediation, the court will reset the fact discovery deadline, so that both parties may take required depositions.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge