# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANINE C. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:23-cv-00977 |
| | ) Judge Trauger |
| FISK UNIVERSITY, | ) ) |
| Defendant. | ) |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for October 14, 2025 and the pretrial conference scheduled for October 10, 2025 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge