**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JANINE C. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:23-cv-00977 |
| | ) | Judge Trauger |
| FISK UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

It is hereby ORDERED that the parties may have a 45-day extension within which to file a stipulation of dismissal.

It is so **ORDERED**.

_____

ALETA A. TRAUGER
U.S. District Judge